Case 4:23-cv-00281   Document 37   Filed on 06/09/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 09, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VICTOR MODESTO HERNANDEZ MORALES, <br><br>  Petitioner, <br><br> VS. <br><br> EMILY MARIANA VARELA SARMIENTO, <br><br>  Respondent. | § § § § § § § § § § § § § |

CIVIL ACTION NO. 4:23-CV-00281

## FINAL JUDGMENT

On June 8, 2023 the Court denied Petitioner's Petition for Return of the minor child. Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Respondent.

**IT IS SO ORDERED**.

Signed at Houston, Texas on June 9, 2023.

_____
Keith P. Ellison
United States District Judge